IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEFFREY STARK,

    Plaintiff,

v.                                        Case No. 1:17cv47-MW/GRJ

UNITED STATES OF AMERICA,

    Defendant.
_____/

### ORDER ACCEPTING
### REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 11, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 12. Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(ii) as frivolous and for failure to state a claim." The Clerk shall close the file.

**SO ORDERED on April 10, 2017.**

                                                s/Mark E. Walker     
                                                **United States District Judge**